THE PEOPLE OF THE STATE OF NEW YORK on Complaint of SAUL HANDELSMAN, Respondent, v. S. BLICK Co., INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY VANDECARR, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

B. SPILIADIS & COMPANY, INC., Appellant, v. IRVING TRUST COMPANY, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of ARMAND SCHMOLL, INC., Appellant, against THE FEDERAL RESERVE BANK OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 1006.]

JULIETTE KINNEY, as Administratrix, etc., of HARRY P. KINNEY, Appellant, v. HUDSON RIVER DAY LINE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ENGELBRECT, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Petition of GRACE NATIONAL BANK OF NEW YORK to Obtain an Order Construing the Last Will and Testament of HARRIET R. TUNIS, Deceased. ROBERT TUNIS and Others, Appellants; GRACE NATIONAL BANK OF NEW YORK, Administrator with the Will Annexed, etc., of HARRIET R. TUNIS, Deceased, Petitioner, Respondent; ELIZABETH RUSSEL SCOTT and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

### (November 13, 1940.)

In the Matter of the Application of JEAN KAY, Respondent, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent, for an Order Reviewing the Determination of the Respondent Herein Appointing One Dr. Bertrand Russell as Professor of Philosophy in the College of the City of New York, etc. BERTRAND RUSSELL, Appellant.— Motion denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [Motion by appellant for order compelling petitioner and respondent to accept service of his notice of appeal to this court from final order of Supreme Court, entered in New York county clerk's office on April 17, 1940, and for other relief. See *post*, p. 924.]

### (November 15, 1940.)

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for the Opening and Extending of East River Drive from the Northerly Line of Grand Street to the Northerly Line of East 14th Street, Together with the Public Park Along the East River, Extending